1   MATTHEW L. LARRABEE (No. 97147)          CRAIG BRIDWELL (No. 246124)
    matthew.larrabee@dechert.com             SCHIFF HARDIN LLP
2   DAVID A. KOTLER (*pro hac vice* pending) cbridwell@schiffhardin.com
    david.kotler@dechert.com                 One Market, Spear Street Tower
3   MURIEL M. KOROL (No. 261909)             Thirty-Second Floor
    muriel.korol@dechert.com                 San Francisco, CA  94105
4   DECHERT LLP                              Telephone:  415.901.8798
    One Maritime Plaza, Suite 2300           Facsimile:   415.901.8701
5   San Francisco, California  94111-3513
    Telephone:  415.262.4500
6   Facsimile:   415.262.4555

7   Counsel for Defendants                   Counsel for Defendants
    RYDEX SERIES FUNDS; PADCO                 JOHN O. DEMARET; COREY A.
8   ADVISORS INC. d/b/a RYDEX                 COLEHOUR; J. KENNETH DALTON;
    INVESTMENTS, INC.; RYDEX                  WERNER E. KELLER; THOMAS F.
9   DISTRIBUTORS, INC.; NICK BONOS;          LYDON; PATRICK T. MCCARVILLE;
    MICHAEL P. BYRUM; RICHARD M.             and ROGER SOMERS
10  GOLDMAN; and CARL G.
    VERBONCOEUR

11

12

13                        UNITED STATES DISTRICT COURT

14                      NORTHERN DISTRICT OF CALIFORNIA

15                            SAN FRANCISCO DIVISION

16

17
    JAMES RAFTON, TRUSTEE OF THE             Case No. 10cv1171 CRB
18  JAMES AND  CYNTHIA RAFTON TRUST,
                                             Action filed: March 19, 2010
19                Plaintiff,
                                             **STIPULATION AND [~~PROPOSED~~]**
20  v.                                       **ORDER FOR EXTENSION OF TIME**
                                             **AND RESCHEDULING OF INITIAL**
21  RYDEX SERIES FUNDS; PADCO                **CASE MANAGEMENT**
    ADVISORS INC. d/b/a RYDEX                **CONFERENCE**
22  INVESTMENTS, INC.; RYDEX                 (N.D. Cal. Civ. L.R. 6-2 and 7-12)
    DISTRIBUTORS, INC.; RICHARD M.
23  GOLDMAN; CARL G. VERBONCOEUR;            Dept:      Courtroom 8, 19th Floor
    JOHN O. DEMARET; NICK BONOS;             Judge:     Hon. Charles R. Breyer
24  MICHAEL P. BYRUM; COREY A.
    COLEHOUR; J. KENNETH DALTON;
25  WERNER E. KELLER; THOMAS F.
    LYDON; PATRICK T. MCCARVILLE;
26  ROGER SOMERS; and DOES 1 through 25,
    inclusive,
27
                  Defendants.
28

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. RE EXT. OF TIME & INITIAL CASE MGM'T CONF.              10CV1171 CRB

1      WHEREAS, plaintiff, through his counsel, filed a purported class action complaint (the

2  "Complaint"), against Rydex Series Funds, PADCO Advisors Inc. d/b/a Rydex Investments, Inc.,

3  Rydex Distributors, Inc., Michael P. Byrum, Richard M. Goldman, Carl G. Verboncoeur, John O.

4  Demaret, Nick Bonos, Corey A. Colehour, J. Kenneth Dalton, Werner E. Keller, Thomas F.

5  Lydon, Patrick T. McCarville, and Roger Somers (collectively, "Defendants") in the above-

6  referenced matter on or about March 19, 2010;

7      WHEREAS, pursuant to the Case Management Conference Order, the Initial Case

8  Management Conference is scheduled for June 25, 2010;

9      WHEREAS, the Complaint asserts claims under the federal securities laws that are subject

10  to the procedural requirements of the Private Securities Litigation Reform Act ("PSLRA") and

11  Defendants presently intend to file motions to dismiss, which would trigger a stay of discovery

12  under the PSLRA;

13      WHEREAS, plaintiff and his counsel in this action have yet to file any motions for

14  Appointment of Lead Plaintiff and Lead Counsel pursuant to the PSLRA, including Section 27 of

15  the Securities Act of 1933, 15 U.S.C. § 77z-1;

16      WHEREAS, in order to avoid the unnecessary expenditure of judicial resources or effort

17  by the parties to this action and the Court prior to the filing of motion(s) for appointment as Lead

18  Plaintiff, the parties to this action have agreed, in the interim prior to the appointment of Lead

19  Plaintiff and subject to the Court's approval, to a continuance of the Initial Case Management

20  Conference and an extension of time for Defendants to respond to the Complaint or any

21  superseding Complaint; and

22      WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights,

23  arguments or defenses otherwise available to the parties to this action, including, but not limited

24  to, any challenge to the assertion of personal jurisdiction over one or more of the Defendants and

25  the right to revisit the timing of the below-referenced pleadings and motions once Lead Counsel

26  is designated by the Court.

27      NOW, THEREFORE, the undersigned parties, by and through their counsel of record,

28

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

stipulate as follows:

1.    Defendants shall have no obligation to respond to the individual Complaint filed in the above-captioned action;

2.    Lead Plaintiff shall have forty five (45) days after entry of the order appointing Lead Plaintiff to file a consolidated amended complaint ("Consolidated Amended Complaint") or to notify Defendants that they shall be proceeding on the original complaint;

3.    Defendants shall file and serve any answer(s) or motion(s) to dismiss within forty five (45) days of service of the Consolidated Amended Complaint or after notification by the Lead Plaintiff that they shall be proceeding on the original complaint;

4.    Defendants agree to waive service of process to the extent that service has not been effected on all Defendants.  This stipulation shall not be deemed to waive any defense other than as to sufficiency of service of process.

5.    The Initial Case Management Conference, currently scheduled for June 25, 2010, shall be adjourned to a date to be re-scheduled by the Court, but which shall be no earlier than after Defendants have filed and served their initial responsive pleadings with respect to the Consolidated Amended Complaint.

1    Dated:  April 30, 2010                          Respectfully submitted,

2

3    SPARER LAW GROUP                           DECHERT LLP
     ALAN W. SPARER                             MATTHEW L. LARRABEE
4    MARC HABER                                 DAVID A. KOTLER
     JAMES S. NABWANGU                          MURIEL M. KOROL
5

6

7    By:_____        By:_____/S/_____
            MARC HABER                                 MATTHEW L. LARRABEE
8           100 Pine Street, 33rd Floor                One Maritime Plaza, Suite 2300
            San Francisco, CA 94111-5128              San Francisco, California  94111-3513
9           Telephone:  415.217.7300                  Telephone:  415.262.4500
            Facsimile:   415-217-7307                 Facsimile:   415.262.4555
10          asparer@sparerlaw.com                      matthew.larrabee@dechert.com

11          Counsel for Named Plaintiff                Counsel for Defendants
            JAMES RAFTON                               RYDEX SERIES FUNDS; PADCO
12                                                     ADVISORS INC. d/b/a RYDEX
                                                       INVESTMENTS, INC.; RYDEX
13                                                     DISTRIBUTORS, INC.; NICK BONOS;
                                                       MICHAEL P. BYRUM; RICHARD M.
14                                                     GOLDMAN; and CARL G.
                                                       VERBONCOEUR
15

16                                                     SCHIFF HARDIN LLP
                                                       CRAIG BRIDWELL
17

18                                                     By:_____/S/_____
                                                              CRAIG BRIDWELL
19                                                            One Market, Spear Street Tower
                                                              Thirty-Second Floor
20                                                            San Francisco, CA  94105
                                                              Telephone:  415.901.8798
21                                                            Facsimile:   415.901.8701

22                                                     Counsel for Defendants
                                                       JOHN O. DEMARET; COREY A.
23                                                     COLEHOUR; J. KENNETH DALTON;
                                                       WERNER E. KELLER; THOMAS F.
24                                                     LYDON; PATRICK T. MCCARVILLE;
                                                       and ROGER SOMERS
25
     **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
26
     DATED:  _____         _____
27                                                     HONORABLE CHARLES R. BREYER

28

Dated:  April 30, 2010                              Respectfully submitted,

SPARER LAW GROUP                                    DECHERT LLP
ALAN W. SPARER                                      MATTHEW L. LARRABEE
MARC HABER                                          DAVID A. KOTLER
JAMES S. NABWANGU                                   MURIEL M. KOROL

By:                                                 By:                /S/
   MARC HABER                                          MATTHEW L. LARRABEE
   100 Pine Street, 33rd Floor                         One Maritime Plaza, Suite 2300
   San Francisco, CA 94111-5128                        San Francisco, California  94111-3513
   Telephone: 415.217.7300                             Telephone: 415.262.4500
   Facsimile:  415-217-7307                            Facsimile:  415.262.4555
   asparer@sparerlaw.com                               matthew.larrabee@dechert.com

   Counsel for Named Plaintiff                         Counsel for Defendants
   JAMES RAFTON                                        RYDEX SERIES FUNDS; PADCO
                                                       ADVISORS INC. d/b/a RYDEX
                                                       INVESTMENTS, INC.; RYDEX
                                                       DISTRIBUTORS, INC.; NICK BONOS;
                                                       MICHAEL P. BYRUM; RICHARD M.
                                                       GOLDMAN; and CARL G.
                                                       VERBONCOEUR


                                                    SCHIFF HARDIN LLP
                                                    CRAIG BRIDWELL


                                                    By:                /S/
                                                       CRAIG BRIDWELL
                                                       One Market, Spear Street Tower
                                                       Thirty-Second Floor
                                                       San Francisco, CA  94105
                                                       Telephone: 415.901.8798
                                                       Facsimile:  415.901.8701

                                                       Counsel for Defendants
                                                       JOHN O. DEMARET; COREY A.
                                                       COLEHOUR; J. KENNETH DALTON;
                                                       WERNER E. KELLER; THOMAS F.
                                                       LYDON; PATRICK T. MCCARVILLE;
                                                       and ROGER SOMERS

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  _May 3, 2010_____

                                    HONORABLE CHARLES

                                    IT IS SO ORDERED

                                    Judge Charles R. Breyer

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. RE EXT. OF TIME & INITIAL CASE MGM'T CON      10CV1171 CRB