ALAN W. SPARER (No. 104921)
MARC HABER (No. 192981)
KEVIN H. LEWIS (No. 197421)
JAMES S. NABWANGU (No. 236601)
SPARER LAW GROUP
100 Pine Street, 33rd Floor
San Francisco, California  94111-5128
Telephone:     415/217-7300
Facsimile:      415/217-7307
asparer@sparerlaw.com
mhaber@sparerlaw.com
klewis@sparerlaw.com
jnabwangu@sparerlaw.com

Attorneys for RYDEX LITIGATION GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES RAFTON, TRUSTEE OF THE JAMES AND CYNTHIA RAFTON TRUST,<br><br>             Plaintiff,<br><br>     v.<br><br>RYDEX SERIES FUNDS; PADCO ADVISORS INC. d/b/a RYDEX INVESTMENTS, INC.; RYDEX DISTRIBUTORS, INC.; RICHARD M. GOLDMAN; CARL G. VERBONCOEUR; JOHN O. DEMARET; NICK BONOS; MICHAEL P. BYRUM; COREY A. COLEHOUR; J. KENNETH DALTON; WERNER E. KELLER; THOMAS F. LYDON; PATRICK T. MCCARVILLE; ROGER SOMERS; and DOES 1 through 25, inclusive,<br><br>             Defendants. | No. CV 10-01171 CRB<br><br>Action Filed:  March 19, 2010<br><br>[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO TRANSFER VENUE TO DISTRICT OF MARYLAND PURSUANT TO 28 U.S.C. § 1404(A)<br><br>Date:    June 25, 2010<br>Time:    10:00 a.m.<br>Dept:    Courtroom 8, 19th Floor<br>Judge:   Hon. Charles R. Breyer |

1 | Upon consideration of the motions and supporting papers in the above-captioned actions
2 | and for good cause shown,
3 | IT IS HEREBY ORDERED THAT:
4 | 1. Defendant's Motion to Transfer Venue to District of Maryland Pursuant to 28
5 | U.S.C. §1404(a) is DENIED.
6 |
7 | SO ORDERED.
8 | Dated: _____, 2010
9 |
10 | _____
   | HON. CHARLES R. BREYER
11 | UNITED STATES DISTRICT JUDGE