UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES RAFTON, TRUSTEE OF THE JAMES AND CYNTHIA RAFTON TRUST,<br><br>Plaintiff,<br>v.<br><br>RYDEX SERIES FUNDS, ET AL.,<br><br>Defendants. | Case No.: 10-CV-01171-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO DECEMBER 16, 2010 AT 2:00PM |

The Case Management Conference currently scheduled for October 13, 2010 at 2:00 p.m. is continued to Thursday, December 16, 2010 at 1:30 p.m. to follow the noticed motion hearing. The parties shall file a Joint Case Management Statement by December 9, 2010.

**IT IS SO ORDERED.**

Dated: October 8, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01171-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE