UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES RAFTON, TRUSTEE OF THE JAMES AND CYNTHIA RAFTON TRUST, ET AL., <br><br>Plaintiffs,<br> v.<br><br>RYDEX SERIES FUNDS, ET AL.,<br><br>Defendants. | Case No.: 10-CV-01171-LHK <br><br> ORDER SETTING CASE MANAGEMENT CONFERENCE AND DEADLINE FOR PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |

On January 5, 2011, the Court issued an Order Denying In Part and Granting In Part Defendants' motions to dismiss. *See* Dkt. #55. Now that the motions to dismiss are no longer pending, the parties are directed to file a Joint Case Management Statement in accordance with the Court's Local Rules and with a proposed schedule through trial. The deadline for the parties to file the Joint Case Management Statement is Friday, February 4, 2011. A Case Management Conference is set for Wednesday, March 23, 2011 at 2 p.m.

**IT IS SO ORDERED.**

Dated: January 10, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01171-LHK
ORDER SETTING CASE MANAGEMENT CONFERENCE