UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JAMES RAFTON, | ) | Case No.: 10-CV-01171-LHK |
| Plaintiff, | ) ) | CASE MANAGEMENT ORDER |
| v. | ) ) | |
| RYDEX SERIES FUNDS, ET AL., | ) ) | |
| Defendants. | ) ) | |

Pursuant to Court Order, the parties submitted a Joint Case Management Statement on February 4, 2011. Based on the parties' joint proposal, the following Case Management Schedule is hereby adopted by the Court:

| | |
|---|---|
| Deadline to File ADR Certification | March 2, 2011 |
| Deadline to Exchange Rule 26(a) Disclosures | March 9, 2011 |
| Last Day to Produce Documents Identified in Initial Disclosures | April 11, 2011 |

A Case Management Conference is scheduled for Wednesday, March 23, 2011 at 2 p.m. The Court will set the rest of the case schedule at the March 23, 2011 Case Management Conference. The parties should come prepared to discuss a more expedited schedule than that proposed in Paragraph 17 of their Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: February 25, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 10-CV-01171-LHK
CASE MANAGEMENT ORDER