RECEIVED
2011 FEB 10 A 10: 36

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Rafton et al.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Rydex Series Funds et al.,<br><br>　　　　Defendants. | Case No. 5:10-cv-01171-LHK<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

David C. Blickenstaff, an active member in good standing of the bar of the Supreme Court of Illinois whose business address and telephone number are: Schiff Hardin LLP, 233 South Wacker Drive, Suite 6600, Chicago, IL 60606, telephone (312) 258-5500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Corey A. Colehour, J. Kenneth Dalton, John O. Demaret, Werner E. Keller, Thomas F. Lydon, Patrick T. McCarville, and Roger Somers,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 25, 2011

*Lucy H. Koh*
Lucy H. Koh
United States District Judge