UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES RAFTON, ET AL., ) | Case No.: 10-CV-01171-LHK |
| ) | |
| Plaintiffs, ) | MINUTE ORDER AND CASE |
| v. ) | MANAGEMENT ORDER |
| ) | |
| RYDES SERIES FUNDS, ET AL., ) | |
| ) | |
| Defendants. ) | |

Clerk:  Martha Parker Brown
Reporter:  Lee-Anne Shortridge
Length of hearing:  45 minutes

Plaintiff Attorneys: Alan Sparer, Kevin Lewis
Defendant Attorneys: Matthew Larrabee, Michael K. Wolensky, Christopher Bridwell, David Blickenstaff, and David Kotler

A case management conference was held on March 23, 2011.  The Court agreed to extend the private mediation deadline from July 29, 2011 to August 3, 2011 based on the parties' representation that they had scheduled a private mediation on August 1, 2011.

A further case management conference is set for Wednesday, June 8, 2011 at 2:00 p.m.

DISCOVERY PLAN: Per Fed. R. Civ. Pro. and Local Rules, subject to any provisions below.

The parties agreed to the discovery limits set forth in the Federal Rules of Civil Procedure, unless the parties stipulate to a modification.  The parties need not obtain the Court's approval of such joint stipulations regarding discovery limits.

The parties also agreed to comply with the Northern District of California Model Protective Order until the filing of the stipulated Protective Order in this case.

The Court adopts the parties' schedule as proposed in their March 17, 2011 revised case schedule, except with modifications agreed to by the parties at the March 23, 2011 Case Management Conference.  Accordingly, the parties shall comply with the following case schedule:

| **EVENT** | **Deadline** |
|---|---|
| Rule 26(a) initial disclosures | 3/9/2011 (already completed) |
| Last Day for Production of Documents re: Initial Disclosures | 4/11/2011 |
| Last Day to file Stipulated Protective Order | 4/11/2011 |
| **Class Certification Schedule** | |
| Meet and Confer to identify class expert topics | 4/18/2011 |
| Disclosure of Class Cert experts and exchange of reports | 5/13/2011 |

Case No.: 10-CV-01171-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER

| | |
|---|---|
| Disclosure of Class Rebuttal experts and exchange of reports | 6/7/2011 |
| End of Class Cert Expert Discovery | 6/21/2011 |
| P's Opening Class Cert Brief | 7/1/2011 |
| D's Opposition to Class Cert | 7/25/2011 |
| Deadline to Complete Private Mediation | 8/3/2011 |
| P's Class Cert Reply Brief | 8/12/2011 |
| Hearing on Class Cert | 9/8/2011 (Thurs 1:30 PM) |

**Merits Experts**

| | |
|---|---|
| Meet and Confer re merits experts | 12/2/2011 |
| Disclosure of merits experts and exchange of reports | 1/6/2012 |
| Disclosure of merits rebuttal experts and exchange of reports | 2/3/2012 |
| Close of Expert Discovery | 2/24/2012 |

**Dispositive Motion Briefing to Trial**

| | |
|---|---|
| Last Day to file MSJ and Daubert Briefs | 3/9/2012 |
| MSJ Oppositions Due | 3/29/2012 |
| MSJ Replies Due | 4/18/2012 |
| Hearing on MSJ/Daubert Motions | 5/10/2012 (Thurs 1:30PM) |
| Motions in Limine and Pretrial Conference Statement Due | See Jury Trial Standing Order |
| Pretrial Conference | 7/11/2012 (Wed 2PM) |
| Jury Trial (12 day estimate) | 7/30/2012 (Mon 9AM) |

**IT IS SO ORDERED.**

Dated: March 23, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 10-CV-01171-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER