| | |
|---|---|
| ALAN W. SPARER (No. 104921) | MATTHEW L. LARRABEE (No. 97147) |
| MARC HABER (No. 192981) | DAVID A. KOTLER (*pro hac vice*) |
| KEVIN H. LEWIS (No. 197421) | MURIEL M. KOROL (No. 261909) |
| JAMES S. NABWANGU (No. 236601) | DECHERT LLP |
| SPARER LAW GROUP | One Maritime Plaza, Suite 2300 |
| 100 Pine Street, 33rd Floor | San Francisco, California 94111-3513 |
| San Francisco, California 94111-5128 | Telephone: 415/262-4500 |
| Telephone: 415/217-7300 | Facsimile: 415/262-4555 |
| Facsimile: 415/217-7307 | matthew.larrabee@dechert.com |
| asparer@sparerlaw.com | david.kotler@dechert.com |
| mhaber@sparerlaw.com | muriel.korol@dechert.com |
| klewis@sparerlaw.com | |
| jnabwangu@sparerlaw.com | Counsel for Defendants |
| | RYDEX SERIES FUNDS; PADCO |
| Attorneys for Plaintiffs | ADVISORS INC. d/b/a RYDEX |
| JAMES RAFTON, TRUSTEE | INVESTMENTS, INC.; RYDEX |
| OF THE JAMES AND CYNTHIA | DISTRIBUTORS, INC.; NICK BONOS; |
| RAFTON TRUST and JAMES DARST, JR., | MICHAEL P. BYRUM; RICHARD M. |
| TRUSTEE OF THE JAMES & HILLARY | GOLDMAN; and CARL VERBONCOEUR |
| DARST TRUST | |
| | MICHAEL K. WOLENSKY (*pro hac vice*) |
| | CRAIG BRIDWELL (No. 246124) |
| | SCHIFF HARDIN LLP |
| | One Market, Spear Street Tower |
| | Thirty-Second Floor |
| | San Francisco, CA 94105 |
| | Telephone: 415/901-8798 |
| | Facsimile: 415/901-8701 |
| | mwolensky@schiffhardin.com |
| | cbridwell@schiffhardin.com |
| | |
| | Counsel for Defendants |
| | JOHN O. DEMARET; COREY A. |
| | COLEHOUR; J. KENNETH DALTON; |
| | WERNER E. KELLER; THOMAS F. |
| | LYDON; PATRICK T. MCCARVILLE; AND |
| | ROGER SOMERS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES RAFTON, TRUSTEE OF THE JAMES & CYNTHIA RAFTON TRUST, et al., | No. CV 10-01171  LHK |
| | Action Filed: March 19, 2010 |
| Plaintiffs, | |
| v. | STIPULATION AND [PROPOSED] ORDER FOR RESCHEDULING OF CASE MANAGEMENT ORDER |
| RYDEX SERIES FUNDS, et al., | |
| Defendants. | Dept: Courtroom 4, 5th Floor |
| | Judge: Hon. Lucy H. Koh |

1   Plaintiffs James Rafton and James Darst, Jr. (collectively, "Plaintiffs") and Defendants
2   Rydex Series Funds, PADCO Advisors Inc. d/b/a Rydex Investments, Inc., Rydex Distributors,
3   Inc., Michael P. Byrum, Richard M. Goldman, Carl G. Verboncoeur, John O. Demaret, Nick
4   Bonos, Corey A. Colehour, J. Kenneth Dalton, Werner E. Keller, Thomas F. Lydon, Patrick T.
5   McCarville, and Roger Somers (collectively, "Defendants") hereby stipulate as follows:

6   WHEREAS, the parties have engaged in substantial discovery (including the exchange of
7   over 22,000 pages of documents), Defendants have deposed the proposed class representatives,
8   and experts for both parties have performed an extensive analysis of liability and damage issues;

9   WHEREAS, on May 26, 2011 counsel participated in an extended settlement meeting,
10  wherein experts from both sides were present and liability and damage issues were addressed in
11  detail;

12  WHEREAS, the parties continue to engage in serious settlement negotiations with a
13  deadline of June 8, 2011 to complete discussions and report back to the Court at the Case
14  Management Conference scheduled for the same date;

15  WHEREAS, the parties seek to postpone certain case deadlines in order to focus on
16  settlement issues; and

17  WHEREAS, the postponed deadlines will not affect the existing briefing schedule or
18  hearing date for the class certification motion;

19  NOW, THEREFORE, the undersigned parties, by and through their counsel of record,
20  request the following modification to the Case Management Scheduling Order and case schedule
21  issued by the Court on March 23, 2011:

22  1.   Disclosure of Rebuttal Experts and Exchange of Reports is moved from June 7,
23       2011 to June 21, 2011; and
24  2.   End of Class Certification Expert Discovery is moved from June 21, 2011 to July
25       15, 2011.

3. The remaining case schedule shall remain the same.

Dated: May 27, 2011                           Respectfully submitted,

                                              ALAN W. SPARER
                                              MARC HABER
                                              KEVIN H. LEWIS
                                              JAMES S. NABWANGU
                                              SPARER LAW GROUP


                                              By:         */s/ Alan W. Sparer*
                                                            ALAN W. SPARER

                                              Counsel for JAMES RAFTON, TRUSTEE OF
                                              THE JAMES AND CYNTHIS RAFTON
                                              TRUST and JAMES DARST, JR., AS
                                              TRUSTEE OF THE JAMES & HILLARY
                                              DARST TRUST

Concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 27, 2011                           Respectfully submitted,

                                              DECHERT LLP
                                              MATTHEW L. LARRABEE
                                              DAVID A. KOTLER
                                              MURIEL M. KOROL


                                              By:       */s/ Matthew L. Larrabee*
                                                          MATTHEW L. LARRABEE

                                              Counsel for Defendants
                                              RYDEX SERIES FUNDS; PADCO
                                              ADVISORS INC. d/b/a RYDEX
                                              INVESTMENTS, INC.; RYDEX
                                              DISTRIBUTORS, INC.; NICK BONOS;
                                              MICHAEL P. BYRUM; RICHARD M.
                                              GOLDMAN; and CARL VERBONCOEUR

-2-

Dated: May 27, 2011                    Respectfully submitted,

                                      SCHIFF HARDIN LLP
                                      MICHAEL K. WOLENSKY
                                      CRAIG BRIDWELL

                                        By:  */s/ Craig Bridwell*
                                                      CRAIG BRIDWELL

                                      Counsel for Defendants
                                      JOHN O. DEMARET; COREY A.
                                      COLEHOUR; J. KENNETH DALTON;
                                      WERNER E. KELLER; THOMAS F.
                                      LYDON; PATRICK T. MCCARVILLE; and
                                      ROGER SOMERS

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: May 27, 2011

                                      *Lucy H. Koh*
                                      HON. LUCY H. KOH
                                      UNITED STATES DISTRICT JUDGE