ALAN W. SPARER (No. 104921)
MARC HABER (No. 192981)
KEVIN H. LEWIS (No. 197421)
JAMES S. NABWANGU (No. 236601)
SPARER LAW GROUP
100 Pine Street, 33rd Floor
San Francisco, California 94111-5128
Telephone:   415/217-7300
Facsimile:    415/217-7307
asparer@sparerlaw.com
mhaber@sparerlaw.com
klewis@sparerlaw.com
jnabwangu@sparerlaw.com

Attorneys for Plaintiffs
JAMES RAFTON, TRUSTEE
OF THE JAMES AND CYNTHIA
RAFTON TRUST and JAMES DARST, JR.,
TRUSTEE OF THE JAMES & HILLARY
DARST TRUST

MATTHEW L. LARRABEE (No. 97147)
DAVID A. KOTLER (*pro hac vice*)
MURIEL M. KOROL (No. 261909)
DECHERT LLP
One Maritime Plaza, Suite 2300
San Francisco, California 94111-3513
Telephone: 415/262-4500
Facsimile: 415/262-4555
matthew.larrabee@dechert.com
david.kotler@dechert.com
muriel.korol@dechert.com

Counsel for Defendants
RYDEX SERIES FUNDS; PADCO
ADVISORS INC. d/b/a RYDEX
INVESTMENTS, INC.; RYDEX
DISTRIBUTORS, INC.; NICK BONOS;
MICHAEL P. BYRUM; RICHARD M.
GOLDMAN; and CARL VERBONCOEUR

MICHAEL K. WOLENSKY (*pro hac vice*)
CRAIG BRIDWELL (No. 246124)
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: 415/901-8798
Facsimile: 415/901-8701
mwolensky@schiffhardin.com
cbridwell@schiffhardin.com

Counsel for Defendants
JOHN O. DEMARET; COREY A.
COLEHOUR; J. KENNETH DALTON;
WERNER E. KELLER; THOMAS F.
LYDON; PATRICK T. MCCARVILLE; AND
ROGER SOMERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES RAFTON, TRUSTEE OF THE JAMES & CYNTHIA RAFTON TRUST, et al.,<br><br>Plaintiffs,<br>v.<br><br>RYDEX SERIES FUNDS, et al.,<br><br>Defendants. | No. CV 10-01171 LHK<br><br>Action Filed: March 19, 2010<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE PLAN<br><br>Dept:        Courtroom 4, 5th Floor<br>Judge:       Hon. Lucy H. Koh |

This Stipulation and [Proposed] Order Extending Time To File Motion For Preliminary Approval of Class Action Settlement is filed by Lead Plaintiffs, James Rafton and James Darst and Defendants Rydex Series Funds, Padco Advisors Inc. d/b/a Rydex Investments, Inc., Rydex Distributors, Inc., and Richard M. Goldman, Carl G. Verboncoeur, Nick Bonos, Michael P. Byrum, John O. Demaret, Corey A. Colehour, J. Kenneth Dalton, Werner E. Keller, Thomas F. Lydon, Roger Somers and Patrick T. McCarville.

WHEREAS, Lead Plaintiffs and Defendants entered into a Memorandum of Understanding dated June 8, 2011 providing the key terms for settlement of the above-referenced class action;

WHEREAS, the Court established July 25, 2011 as the deadline for filing the motion for preliminary approval of the settlement and related papers;

WHEREAS, the parties have been diligently preparing the necessary Motion, Stipulation and Settlement Agreement, Notices, and other related documents required to initiate the class action settlement process;

WHEREAS, the parties now require an additional *three days* in order to complete the documentation and allow the parties and their counsel time to review the final documents in order that the Motion for Preliminary Approval of Settlement And Notice Plan may be filed unopposed; and

WHEREAS, this addition of time will not delay the scheduled date for the Preliminary Approval Hearing or the proposed date for the Final Approval Hearing;

IT IS HEREBY STIPULATED AND AGREED SUBJECT TO APPROVAL OF THE COURT THAT:

The deadline for filing of the Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement and Notice Plan in the above-captioned matter is hereby extended from July 25, 2011 to and including July 28, 2011.

-1-

STIP AND [PROPOSED] ORDER EXTENDING TIME TO FILE UNOPPOSED   No. CV 10-01171 LHK
MOT FOR PRELIM APPROVAL OF CLASS ACTION SETT AND NTC PLAN

Dated:  July 25, 2011                                              Respectfully Submitted,

                                                                  SPARER LAW GROUP


                                                                  By:_____
                                                                           ALAN W. SPARER

                                                                  100 Pine Street, 33rd Floor
                                                                  San Francisco, CA 94111-5128
                                                                  Telephone:     415.217.7300
                                                                  Facsimile:     415-217-7307

                                                                  Lead Counsel for Lead Plaintiffs

        Concurrence in the filing of this document has been obtained from the other signatories.

DECHERT LLP                                                       SCHIFF HARDIN LLP



By:_____                            By:_____
        MATTHEW L. LARRABEE                                               MICHAEL K. WOLENSKY

One Maritime Plaza, Suite 2300                                    One Market, Spear Street Tower, 32nd Floor
San Francisco, California  94111-3513                             San Francisco, CA  94105
Telephone: 415.262.4500                                           Telephone: 415.901.8798
Facsimile:  415.262.4555                                          Facsimile:  415.901.8701

Counsel for Defendants Rydex Series Funds;                        Counsel for Defendants John O. Demaret;
Padco Advisors Inc. d/b/a Rydex Investments,                      Corey A. Colehour; J. Kenneth Dalton;
Inc.; Rydex Distributors, Inc.; Nick Bonos;                       Werner E. Keller; Thomas F. Lydon;
Michael P. Byrum; Richard M. Goldman; and                         Patrick T. McCarville; and Roger Somers
Carl G. Verboncoeur


PURSUANT TO STIPULATION, IT IS SO ORDERED.


    Dated: July 26, 2011                                          _____
                                                                     THE HONORABLE LUCY H. KOH
                                                                         United States District Judge

-2-
STIP AND [PROPOSED] ORDER EXTENDING TIME TO FILE UNOPPOSED    No. CV 10-01171 LHK
MOT FOR PRELIM APPROVAL OF CLASS ACTION SETT AND NTC PLAN