ALAN W. SPARER (No. 104921)
MARC HABER (No. 192981)
JAMES S. NABWANGU (No. 236601)
SPARER LAW GROUP
100 Pine Street, 33rd Floor
San Francisco, California  94111-5128
Telephone:      415/217-7300
Facsimile:       415/217-7307
asparer@sparerlaw.com
mhaber@sparerlaw.com
jnabwangu@sparerlaw.com

CLASS COUNSEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES RAFTON, TRUSTEE OF THE JAMES AND CYNTHIA RAFTON TRUST, et al., <br><br>              Plaintiffs, <br>     v. <br><br> RYDEX SERIES FUNDS; et al., <br><br>              Defendants. | No. CV 10-01171 LHK <br><br> Action Filed:  March 19, 2010 <br><br> AMENDED [~~PROPOSED~~] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES AND LEAD PLAINTIFFS' COSTS AND EXPENSES <br><br> CLASS ACTION |

1    Class Counsel's Motion for Attorneys' Fees and Reimbursement of Litigation Expenses
2  and for Reimbursement of Lead Plaintiffs' Costs and Expenses ("Fee Motion") duly came before
3  the Court for hearing on February 9, 2012.  The Court has considered the Fee Motion and
4  supporting materials, and all matters presented at the February 9, 2012 hearing.  The Fee Motion
5  and the supporting materials include detailed descriptions of the work performed and evidence of
6  prevailing market rates.  Due and adequate notice having been given to the Class as required by
7  the Court's Order Granting Preliminary Approval of Settlement and Approval of Notice Plan
8  ("Preliminary Approval Order," Dkt. 99), and the Court having considered all papers filed and
9  proceedings herein, and otherwise being fully informed of the proceedings, and good cause
10  appearing therefor,
11    NOW, IT IS HEREBY ORDERED:
12    1.    This Order incorporates by reference the Stipulation and Agreement of
13  Settlement, dated as of July 28, 2011 (Dkt. 97) ("Stipulation"), and all capitalized terms used, but
14  not defined herein, shall have the same meaning as in the Stipulation.
15    2.    The Court has jurisdiction over the subject matter of the above-captioned action
16  and all parties to the action, including all members of the Class.
17    3.    Class Counsel's Fee Motion is hereby GRANTED.
18    4.    The Court hereby awards attorneys' fees of $1.375 million (25% of the $5.5
19  million Settlement Amount), payable to Class Counsel.
20    5.    The Court grants Class Counsel's request for reimbursement of Class Counsel's
21  litigation expenses in the amount of $105,959.58, payable to Class Counsel.
22    6.    The Court grants Lead Plaintiff James Rafton's request for reimbursement in the
23  total amount of $13,353 for his costs and time spent directly relating to his representation of the
24  Class.
25    7.    The Court grants Lead Plaintiff James Darst's request for reimbursement in the
26  total amount of $12,198 for his costs and time spent directly relating to his representation of the
27  Class.
28

1    8.    The awarded attorneys' fees and litigation expenses, and reimbursement to Lead Plaintiffs may be paid immediately upon entry of this Order, subject to the terms, conditions, and obligations of the Stipulation.

9.    The Court finds that an award of 25% of the Settlement Amount is consistent with the Ninth Circuit's "benchmark," and is fair and reasonable in light of, among others, the following factors: the contingent nature of the case; the risks of litigation; the quality of the legal services rendered; the benefits derived by the Class; awards made in similar cases; the lodestar cross-check, which yields a 1.13 multiplier; and the reaction of the Class.

10.    The Court further finds that the request for reimbursement of litigation expenses is reasonable in light of Class Counsel's prosecution of this Action against Defendants on behalf of the Class.

11.    There is no just reason for delay in the entry of this Order, and immediate entry of this Order by the Clerk of the Court is expressly directed.

IT IS SO ORDERED.

DATED: ___February 9___, 2012

_____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE