ALAN W. SPARER (No. 104921)
MARC HABER (No. 192981)
JAMES S. NABWANGU (No. 236601)
SPARER LAW GROUP
100 Pine Street, 33rd Floor
San Francisco, California  94111-5128
Telephone:     415/217-7300
Facsimile:      415/217-7307
asparer@sparerlaw.com
mhaber@sparerlaw.com
jnabwangu@sparerlaw.com

CLASS COUNSEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES RAFTON, TRUSTEE OF THE JAMES AND CYNTHIA RAFTON TRUST, et al., <br><br> Plaintiffs, <br> v. <br> RYDEX SERIES FUNDS; et al., <br><br> Defendants. | No. CV 10-01171 LHK <br><br> Action Filed:  March 19, 2010 <br><br> [PROPOSED] ORDER AUTHORIZING FURTHER PROGRESS PAYMENT TO CLAIMS ADMINISTRATOR <br><br> CLASS ACTION |

1  Class Counsel's request for authorization to approve a further payment to the Claims
2  Administrator, the Garden City Group, Inc., from the Settlement Fund duly came before the
3  Court for hearing on February 9, 2012.  The Court has considered the request and supporting
4  materials, and all matters presented at the February 9, 2012 hearing, and otherwise being fully
5  informed of the proceedings, and good cause appearing therefor,
6  NOW, IT IS HEREBY ORDERED THAT:
7  1.  Class Counsel is authorized to approve a further progress payment to the Claims
8  Administrator from the Settlement Fund in the amount of $347,500.

10  DATED: __February 9_____, 2012

12  _____*Lucy H. Koh*_____
    THE HONORABLE LUCY H. KOH
13  UNITED STATES DISTRICT JUDGE