ALAN W. SPARER (No. 104921)
MARC HABER (No. 192981)
JAMES S. NABWANGU (No. 236601)
SPARER LAW GROUP
100 Pine Street, 33rd Floor
San Francisco, California  94111-5128
Telephone:	415/217-7300
Facsimile:	415/217-7307
asparer@sparerlaw.com
mhaber@sparerlaw.com
jnabwangu@sparerlaw.com

Attorneys for RYDEX LITIGATION GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES RAFTON, TRUSTEE OF THE JAMES AND CYNTHIA RAFTON TRUST,<br><br>Plaintiff,<br><br>v.<br><br>RYDEX SERIES FUNDS; PADCO ADVISORS INC. d/b/a RYDEX INVESTMENTS, INC.; RYDEX DISTRIBUTORS, INC.; RICHARD M. GOLDMAN; CARL G. VERBONCOEUR; JOHN O. DEMARET; NICK BONOS; MICHAEL P. BYRUM; COREY A. COLEHOUR; J. KENNETH DALTON; WERNER E. KELLER; THOMAS F. LYDON; PATRICK T. MCCARVILLE; ROGER SOMERS; and DOES 1 through 25, inclusive,<br><br>Defendants. | No. CV 10-01171 LHK<br><br>Action Filed:  March 19, 2010<br><br>ORDER GRANTING LEAD COUNSEL'S APPLICATION FOR DISTRIBUTION<br><br>CLASS ACTION<br><br>Date:	December 5, 2012<br>Time:	2:00 p.m.<br>Dep't:	Courtroom 8, 4th Floor<br>Judge:	Hon. Lucy H. Koh |

Lead Counsel's Application For Distribution Order And Request For Further Payment Of Settlement Administration Costs was submitted to the Court on November 7, 2012.  The Court has considered all papers filed and materials provided therein, and the Court being familiar with the proceedings in this matter, and good cause appearing therefor,

NOW, IT IS HEREBY ORDERED:

1. This Order incorporates by reference the Stipulation And Agreement Of Settlement, dated as of July 28, 2011 (Dkt. 97) ("Stipulation"), and all capitalized terms used, but not defined herein, shall have the same meaning as in the Stipulation.

2. The Court finds that the Effective Date of the settlement has occurred.

3. The Court approves administrative determinations of the Claims Administrator, Garden City Group ("GCG"), relating to acceptances and rejections of claims submitted in connection with the settlement.

4. The Court adopts a $1.00 *de minimis* threshold for distributions to Class Members.

5. GCG is hereby directed to distribute the Net Settlement Fund in accordance with the Plan of Allocation as set forth in the Final Judgment And Order Of Dismissal (Dkt. 130), while being consistent with the *de minimis* threshold.

6. The Court authorizes Lead Counsel to pay GCG further amounts not to exceed $117,500.24 for its work in completing the administration of the settlement.

7. The Court also grants authority to GCG to dispose of its records relating to the settlement one year after the distribution of the Net Settlement Fund to Authorized Claimants.

Accordingly, the hearing set for December 5, 2012, is hereby VACATED.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 9, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge